1  MARC J. SCHNEIDER (SBN 214609)
   mschneider@sycr.com
2  SARAH S. BROOKS (SBN 266292)
   sbrooks@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   T: 949-725-4000
5  F: 949-725-4100

6  JONATHAN T. SUDER
   jts@fsclaw.com
7  DAVID A. SKEELS
   skeels@fsclaw.com
8  DECKER A. CAMMACK
   cammack@fsclaw.com
9  FRIEDMAN, SUDER & COOKE
   Tindall Square Warehouse No. 1
10 604 East 4th Street, Suite 200
   Fort Worth, TX 76102
11 T: 817-334-0400
   F: 817-334-0401
12
   Attorneys for Plaintiff
13 SIGNAL ENHANCEMENT TECHNOLOGIES LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SIGNAL ENHANCEMENT TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM CORPORATION,<br><br>Defendant. | CASE NO. 8:12-cv-02072 DOC-MLG<br><br>**NOTICE OF SUBMISSION OF AGREED PROTECTIVE ORDER**<br><br>Jury Trial Demanded |

NOTICE OF SUBMISSION OF AGREED PROTECTIVE ORDER – Page 1

1  The Parties hereby submit the agreed-upon proposed Protective Order

2  attached hereto as Exhibit A.

3

4  DATED:  June 14, 2013        FRIEDMAN, SUDER & COOKE

5

6                                By:   */s/ Decker A. Cammack*
                                        Decker A. Cammack
7

8  MARC J. SCHNEIDER (SBN 214609)
   mschneider@sycr.com
9  SARAH S. BROOKS (SBN 266292)
   sbrooks@sycr.com
10 STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
11 Newport Beach, CA  92660-6422
   T:  949-725-4000
12 F:  949-725-4100

13 **Attorneys for Plaintiff,**
   **Signal Enhancement Technologies LLC**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28