# CERTFICATE OF SERVICE

I hereby certify that on June 14, 2013, the foregoing document in case number 8:12-CV-02072-DOC-MLG:

**1.** **Notice of Submission of Agreed Protective Order**

was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Gregory Francis Noonan
gregory.noonan@wilmerhale.com
Anant Saraswat (ad*mitted Pro Hac Vice)*
anant.saraswat@wilmerhale.com
Bryan S. Conley *(admitted Pro Hac Vice)*
bryan.conley@wilmerhale.com
Dominic E. Massa *(admitted Pro Hac Vice)*
dominic.massa@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000  /  Fax: 617-526-5000

Katie Moran
katie.moran@wilmerhale.com
Joshua Landau
joshua.landau@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: 213-443-5300  /  Fax: 213-443-5400

**Attorneys for Defendant/Counter-Claimant Broadcom Corporation**


DATED:  June 14, 2013

FRIEDMAN, SUDER & COOKE


By:     /s/ *Decker A. Cammack*
             Decker A. Cammack