| | |
|---|---|
| 1 | MARC J. SCHNEIDER (SBN 214609) |
|   | mschneider@sycr.com |
| 2 | SARAH S. BROOKS (SBN 266292) |
|   | sbrooks@sycr.com |
| 3 | STRADLING YOCCA CARLSON & RAUTH |
|   | 660 Newport Center Drive, Suite 1600 |
| 4 | Newport Beach, CA  92660-6422 |
|   | T:  949-725-4000 |
| 5 | F:  949-725-4100 |
| 6 | JONATHAN T. SUDER |
|   | jts@fsclaw.com |
| 7 | DAVID A. SKEELS |
|   | skeels@fsclaw.com |
| 8 | DECKER A. CAMMACK |
|   | cammack@fsclaw.com |
| 9 | FRIEDMAN, SUDER & COOKE |
|   | Tindall Square Warehouse No. 1 |
| 10 | 604 East 4th Street, Suite 200 |
|   | Fort Worth, TX  76102 |
| 11 | T:  817-334-0400 |
|   | F:  817-334-0401 |
| 12 |   |
|   | Attorneys for Plaintiff |
| 13 | SIGNAL ENHANCEMENT TECHNOLOGIES LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SIGNAL ENHANCEMENT TECHNOLOGIES LLC, | CASE NO. 8:12-cv-02072 DOC-MLG |
| Plaintiff, | **NOTICE OF SUBMISSION OF (1) ORDER REGARDING ELECTRONICALLY STORED INFORMATION (ESI); AND (2) AGREED SCHEDULING ORDER** |
| vs. | |
| BROADCOM CORPORATION, | |
| Defendant. | |
| | Jury Trial Demanded |

NOTICE OF SUBMISSION – Page 1

1  The Parties hereby submit the agreed-upon proposed Order Regarding

2

3  Electronically Stored Information (ESI) attached hereto as Exhibit A, and the

4  agreed-up proposed Agreed Scheduling Order attached hereto as Exhibit B.

5

6  DATED:  July 3, 2013                     FRIEDMAN, SUDER & COOKE

7

8                                           By:    /s/ *Decker A. Cammack*
                                                   Decker A. Cammack

9

10                                          MARC J. SCHNEIDER (SBN 214609)
                                            mschneider@sycr.com
11                                          SARAH S. BROOKS (SBN 266292)
                                            sbrooks@sycr.com
12                                          STRADLING YOCCA CARLSON & RAUTH
                                            660 Newport Center Drive, Suite 1600
13                                          Newport Beach, CA  92660-6422
                                            T:  949-725-4000
14                                          F:  949-725-4100

15                                          **Attorneys for Plaintiff,
                                            Signal Enhancement Technologies LLC**