| | |
|---|---|
| Marc J. Schneider (SBN 214609)<br>mschneider@sycr.com<br>Sarah S. Brooks (SBN 266292)<br>sbrooks@sycr.com<br>STRADLING YOCCA CARLSON &<br>RAUTH<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA  92660-6422<br>T:  949-725-4000<br>F:  949-725-4100 | Kathleen Moran (SBN: 272041)<br>kathleen.moran@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>T: (213) 443-5300<br>F: (213) 443-5400 |
| Jonathan T. Suder (pro hac vice)<br>jts@fsclaw.com<br>David A. Skeels  (pro hac vice)<br>skeels@fsclaw.com<br>Decker A. Cammack (pro hac vice)<br>cammack@fsclaw.com<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, TX  76102<br>T:  817-334-0400<br>F:  817-334-0401 | Dominic E. Massa<br>dominic.massa@wilmerhale.com<br>Gregory F. Noonan (SBN: 651035)<br>gregory.noonan@wilmerhale.com<br>Bryan Conley<br>bryan.conley@wilmerhale.com<br>Anant Saraswat<br>anant.saraswat@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR<br>60 State Street<br>Boston, Massachusetts  02109<br>T: 617-526-6000<br>F: 617-526-5000 |
| Attorneys for Plaintiff<br>SIGNAL ENHANCEMENT<br>TECHNOLOGIES LLC | Attorneys for Defendant<br>BROADCOM CORPORATION |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SIGNAL ENHANCEMENT<br>TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM CORPORATION,<br><br>Defendant. | CASE NO. 8:12-cv-02072 DOC-MLG<br><br>**JOINT MOTION TO AMEND<br>PROPOSED SCHEDULING ORDER**<br><br>Jury Trial Demanded |

1   The Parties file their Joint Motion to Amend the Proposed Agreed
2   Scheduling Order, showing the Court as follows:

3   Pursuant to the Court's Scheduling Conference held on May 6, 2013, the
4   Parties previously filed an proposed Agreed Scheduling Order on July 3, 2013
5   [Doc. No. 43, Ex. A]. Plaintiff and Defendant jointly request that the following two
6   dates from that proposed order be amended and adopted:

7

| Event | Original Date | Amended Date |
| --- | --- | --- |
| Joint Claim Construction and Prehearing Statement | September 27, 2013 | October 11, 2013 |
| Submission of Technology Tutorial | September 27, 2013 | January 31, 2014 |

13   No other dates from the previously filed proposed Agreed Scheduled Order
14   have been altered.  A proposed Amended Agreed Scheduling Order, incorporating
15   the above changes, is attached hereto as Exhibit A.
16   The requested amendment will not hinder or otherwise delay any other
17   milestones pertaining to the case.

20   DATED:  September 13, 2013

21
22   FRIEDMAN, SUDER & COOKE          WILMER CUTLER PICKERING
                                      HALE AND DORR LLP

24   By:    /s/ Decker A. Cammack          By:   /s/ Gregory F. Noonan
25         Decker A. Cammack                     Gregory F. Noonan

26         Attorneys for Plaintiff, Signal       Attorneys for Defendant, Broadcom
           Enhancement Technologies LLC          Corporation

27
28

1

## <u>CERTIFICATE OF SERVICE</u>

2

    I hereby certify that on the 13th day of September 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, Southern Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

3

4

5

6

7

                          */s/ Decker A. Cammack*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28